KURTH, Respondent, v. OSBORN, Appellant.

(252 N. W. 851.)

(File No. 7560. Opinion filed February 23, 1934.)

*Flagg P. Carlisle,* of Kadoka, and *C. F. Manson,* of White River, for Appellant.

*H. P. Gilchrist,* of Kadoka, and *Alvin Waggoner,* of Philip, for Respondent.

PER CURIAM. Plaintiff, having instituted an action against defendant in the circuit court, recovered judgment, and defendant appeals. An examination of the record fails to disclose any error on the part of the court during the trial or that the defendant has been in any wise prejudiced in his rights.

The judgment appealed from is affirmed.

All Judges concur.